Paul A. Sandry
Sarah D. Simkins
Johnson, Berg, McEvoy & Bostock, PLLP
PO Box 3038
Kalispell, Montana  59903-3038
Telephone:  (406) 755-5535
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **SSI BIG SKY LLC, d/b/a SCHNITZER - BILLINGS,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM M. RUSSELL,**<br><br>Defendant. | No. CV-11-49-M-DWM<br><br>**STATUS REPORT** |

COMES NOW Plaintiff, by and through counsel, and pursuant to this Court's Order dated June 7, 2011, provides this Status Report relative to that Montana Eleventh Judicial District Court cause styled *"William Russell, Plaintiff, v. Jim Gallup, individually and d/b/a Schnitzer Steel, Inc., and/or d/b/a Schnitzer – Billings, and Does 1-100, individually and collectively, Defendants, Cause No. DV-11-260C."*

A Motion for Summary Judgment was filed by Defendant Gallup in the State Court action of the 22nd day of April, 2011, which Motion for Summary

Judgment addressed all counts set forth in Plaintiff's Complaint.  The right to a hearing on said Motion for Summary Judgment was waived by all parties, and the Motion has not yet been adjudicated by the State Court.

DATED this 2nd day of September, 2011.

JOHNSON, BERG, McEVOY & BOSTOCK, PLLP

*/s/ Paul A. Sandry*
By:_____
Paul A. Sandry
Attorneys for Plaintiff
PO Box 3038
Kalispell, Montana  59903-3038